**Chester Lee MCDOWELL, Sr., Plaintiff—Appellant,**

v.

**NORFOLK SOUTHERN CORPORATION; William Radford, Defendants—Appellees.**

No. 07–1129.

United States Court of Appeals, Fourth Circuit.

Submitted: May 31, 2007.

Decided: June 5, 2007.

Chester Lee McDowell, Sr., Appellant Pro Se. Max Daniel McGinn, Brooks, Pierce, McLendon, Humphrey & Leonard, Greensboro, North Carolina, for Appellees.

Before WILKINSON, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Chester Lee McDowell, Sr. appeals the district court's order granting defendants' motions to dismiss and dismissing his complaint for failure to state a claim upon which relief may be granted. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See McDowell v. Norfolk Southern Corp.,* No. 2:06–cv–00038–D (E.D.N.C. Jan. 24, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*